

_____
Honorable Lloyd King
United States Bankruptcy Judge

Entered on Docket
May 14, 2013
_____

George Haines, Esq.                                     E-FILED: May 13, 2013
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
5041 North Rainbow Ave.
Las Vegas, NV 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for James Bailey and Josephine Bailey

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | Case No. BKS-10-28548-LBR |
| | ) | Chapter 13 |
| | ) | |
| | ) | Hearing Date:   May 2, 2013 |
| **James Bailey and Josephine Bailey,** | ) | Hearing Time:   2:30PM |
| | ) | |
| | ) | |
| Debtors(s). | ) | |
| | ) | |
| | ) | |

### ORDER ON OBJECTION TO WELLS FARGO DEALER SERVICES' PROOF OF CLAIM NO. 5-1 BY DEBTORS

The above objection to Claim No. 5-1 having come on for hearing on the date and time above:

IT IS HEREBY ORDERED that the claim of WELLS FARGO DEALER SERVICES shall be barred from being asserted against the Debtors, and the Chapter 13 Trustee shall not disburse any funds to this claim through the Debtors' Chapter 13.

Dated: May 13, 2013

Submitted by: /s/George Haines, Esq.
George Haines Esq.
Attorney for the Debtors(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by: /s/George Haines, Esq.
George Haines, Esq.
Attorney for the Debtors(s)